In the Matter of FRED L. MEISS, as Commissioner of Public Welfare of the City of Rome, Respondent, against GEORGE J. BORDEN, Appellant.— Decision of the commissioner of public welfare affirmed, without costs of this appeal to either party. All concur. (Appeal from a decision of the commissioner of public welfare suspending for a certain period a member of the Rome paid fire department and demoting him to the rank of fireman.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD CLARK MOUSAW, Appellant.— Judgment of conviction affirmed. Sentence for robbery, in the second degree, approved and affirmed. Additional sentence of five to ten years for being armed reversed on the law and facts and annulled. Memorandum: The indictment charged appellant with armed robbery (Penal Law, § 2124, subd. 1). The jury found him guilty of the crime of robbery in the second degree, thereby rejecting the claim that he was armed with a dangerous weapon (Penal Law, § 2126). While we conclude that the People's proofs amply support the verdict of guilty of robbery in the second degree, we are of the opinion that the record does not support the imposition of increased punishment for being armed in violation of section 1944 of the Penal Law. (See *People* v. *Visarities*, 220 App. Div. 657.) All concur. (Appeal from a judgment convicting defendant of the crimes of robbery, second degree, grand larceny, second degree, and assault, second degree.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

In the Matter of the Compulsory Accounting of AUGUST CORSO, as Surviving Administrator De Bonis Non of the Estate of ANNA SIGNORILE, Deceased, Respondent. ANGELO PETTRONE, Appellant.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order dismissing objections to the accounts of an administrator.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.